# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANIKA FOURCAND,

    Plaintiff,

v.                                                     Case No:   6:25-cv-1549-JSS-LHP

LPO ROYALTY VENUE LLC,

    Defendant

## ORDER

Before the Court is a Motion to Seal Pursuant to Rule H, United States District Court Middle District of Florida Administrative Procedures for Electronic Filing. Doc. No. 16.  By the motion, Defendant, without opposition from Plaintiff, seeks to have sealed three exhibits filed in support of its pending Motion to Vacate Clerk's Default and Motion to Stay and Refer Matter to Arbitration.  *See* Doc. Nos. 15, 15-1, 15-2, 15-3.[1]  Defendant seeks to have the documents sealed because they contain Plaintiff's personally identifying information, to include social security numbers and dates of birth.  Doc. No. 16.

---

[1] The exhibits at issue were originally filed on the public docket, but the Clerk's Office has placed the documents under temporary seal pending resolution of this issue.

On review, the motion will be **DENIED without prejudice**. Outside of Rule H of the Administrative Procedures for Electronic Filing, the motion cites no legal authority in support. And Rule H speaks to *redaction* of personal identifying information, not sealing. Likewise, Local Rule 1.11, which governs sealing, requires a motion to explain why "using a redaction is unavailable or unsatisfactory." Local Rule 1.11(b)(3)(C). The present motion does not explain why redacted versions of the agreements at issue to remove personal identifiers would not be alone sufficient to support Defendant's pending motion. *See* Doc. No. 16; *see also* Fed. R. Civ. P. 5.2(a). Accordingly, it is **ORDERED** that Defendant shall file a renewed motion within **seven (7) days** of the date of this Order, which shall address, by citation to legal authority, why sealing the exhibits is necessary and why substitution of redacted versions instead would not be appropriate.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -