**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANIKA FOURCAND,

        Plaintiff,

v.                                                                   Case No:   6:25-cv-1549-JSS-LHP

LPO ROYALTY VENUE LLC,

        Defendant

---

**ORDER**

This cause comes before the Court *sua sponte*.   On January 14, 2026, the Court denied without prejudice Defendant's request to seal certain motion exhibits that were placed under temporary seal by the Clerk of Court, and ordered Defendant to renew the motion within seven (7) days.   Doc. No. 17; *see also* Doc. Nos. 15, 16. Defendant did not renew the motion, but the case was stayed pending the outcome of arbitration in the interim.   Doc. No. 18.   On January 22, 2026, the Court entered an order requiring that, despite the stay, Defendant address the issue of propriety of sealing the materials at issue, rather than redacting them, and to renew the motion to seal within seven (7) days.   Doc. No. 19.   The Court cautioned that

failure to renew the motion would result in an order to unseal the exhibits and place them on the public docket. *Id.* However, Defendant has not renewed the motion.

Accordingly, it is **ORDERED** that the Clerk of Court is **DIRECTED** to remove the sealed restriction from the exhibits, Doc. Nos. 15-1, 15-2, 15-3.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record