**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANIKA FOURCAND,

        Plaintiff,

v.                                    Case No:   6:25-cv-1549-JSS-LHP

LPO ROYALTY VENUE LLC,

        Defendant

**ORDER**

Before the Court is a Motion to Substitute Exhibits with Redacted Exhibits Pursuant to Rule H, United States District Court Middle District of Florida Administrative Procedures for Electronic Filing. Doc. No. 21. On review, the motion is **GRANTED**. The **Clerk of Court** is **DIRECTED** to replace the exhibits attached to Defendant's January 12, 2026 motion (Doc. Nos. 15-1, 15-2, 15-3) with the redacted exhibits attached to the present motion (Doc. Nos. 21-1, 21-2, 21-3), to be placed on the public docket. *See* Doc. No. 20; *see also* Fed. R. Civ. P. 5.2.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record